UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

IAN FOLEY,

                      Plaintiff,

v.

CLETO REYES USA, INC.,

                      Defendant.

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Case No.: 20-CV-00341

---

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties, by their counsel, stipulate that all claims, causes of action, and counterclaims be dismissed on the merits with prejudice and without costs, disbursements or attorneys' fees to any party.

Dated: December 1, 2020
        Amherst, New York

_[signature]_

Jeffrey B. Novak, Esq.
HoganWillig, PLLC
*Attorneys for Defendant*
2410 North Forest Road, Suite 301
Amherst, New York 14068
(716) 636-7600

Dated: December 14, 2020
        Pittsburgh, Pennsylvania

_[signature]_

Benjamin J. Sweet, Esq.
Nye, Stirling, Hale & Miller, LLP
*Attorneys for Plaintiff*
1145 Bower Hill Road, Suite 104
Pittsburgh, PA 15243
(412) 857-5350

{112825595.1}                                                                   1